Urgent Motion to Preserve DATA (Audio + Digital for Plaintiff home + Practice (please see certificate)

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY ____ D.C.

SEP 11 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Case No.: 26-cv-81156-RMM

DR JIMMY LAFAILLE,
**Plaintiff,**

vs.

HOTWIRE COMMUNICATIONS, LTD. (d/b/a Hotwire Fision),
Defendant.

**PRO SE COMPLAINT FOR STRUCTURAL BREACH OF CONTRACT, NEGLIGENT NETWORK INFRASTRUCTURE SECURITY, CONCEALMENT OF DATA INTERCEPTIONS, AND TORTIOUS INTERFERENCE WITH CLINICAL BROADCASTS DEMANDING $** 100,000,000 (SL) **IN TOTAL DAMAGES** (one hundred million) dollars in Damages.

The Plaintiff, [DR JIMMY LAFAILLE], appearing Pro Se, sues the Defendant, HOTWIRE COMMUNICATIONS, LTD., and alleges:

1. **JURISDICTION AND VENUE**: This is an action for structural breach of contract, gross data network negligence, and intentional tortious interference vastly exceeding $50,000, exclusive of interest and costs, falling under the jurisdiction of the Circuit Court of Palm Beach County, Florida. Venue is proper in the West Palm Beach division pursuant to Florida Statute 47.011 because the network security failures, server interceptions, blockades of Plaintiff's live broadcast clearings, and resulting severe financial injuries occurred entirely within Palm Beach County, Florida. Service of process for Hotwire Communications, Ltd. is directed to its official registered agent: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.
2. **THE TELECOMMUNICATIONS CONTRACT & FIBER OPTIC COMPACT**: Plaintiff is a licensed healthcare clinician operating a specialized private healthcare practice and digital broadcasting network in Palm Beach County, maintaining contractually paid, high-speed fiber optic internet and network lines via Defendant's 'Fision' infrastructure to run her business operations, stream secure live broadcasts, manage patient records, and coordinate medical resources. Under binding commercial telecommunications compacts, Defendant is contractually and legally bound to provide secure, uncorrupted data pipelines, prevent unauthorized local network taps or routing overrides, and maintain a secure electronic infrastructure to enable Plaintiff's business survival. Defendant has materially breached these core compacts, causing total commercial failure.
3. **THE CONTINUOUS INTRUSION TIMELINE (MARCH THROUGH JUNE 2026)**: Plaintiff explicitly alleges that from March 2026 continuously through June 2026, Defendant Hotwire Communications contractually and operationally failed to secure its local fiber optic routing nodes. This systemic failure permitted external bad-faith operator, specifically including the co-conspirators unmasked in Lawsuits Involving Carole Fears and Fabian Wright, to execute a severe, prolonged network intrusion. Defendant permitted unauthorized taps, mirrored local network traffic, and ran continuous data interceptions across Plaintiff's dedicated pipelines throughout this multi-month window. Defendant completely failed to detect, alert, or block this infrastructure breach, which

directly culminated in the absolute muting and suppression of Plaintiff's live digital broadcasts in June 2026. This tactical suppression targeted her transmissions regarding her global healing project, mental health resources, and clinical practice, destroying her online presence. Defendant maintained this negligent lack of infrastructure control despite clear data fluctuations, enabling the co-conspirators to filter her online reach, suppress her practice resources, and cause a total collapse of her commercial audience.

4. **On August 17, 2026 Defendant participated in the humiliation ritual that was conducted by his leadership , they discontinued my line for one month past due because of my current financial situation, and refused to give me two weeks to work so I can recover my money through calling and working at home**. Right after AT&T AJ case manager from the office of the president to gaslight me by telling me that I would be getting phone calls by his customer services all with the intention of making give up or collapse. They have not made any effort to have someone from safety and security to help me with their Wi-Fi being able to be used to mute my Lives. The hackers worked for months to access my data through Hotwire fusion that seemed to have giving the hackers access even when I changed my username and password. They did a trial of opening my television and closing and talking to Siri on the phone they think I do my Lives that I download for my podcast in an effort of blocking them from muting my Lives.

5. **PLAINTIFF'S SUPPLEMENTAL EXPLICIT MOTION FOR IMMEDIATE JUDICIAL INTERVENTION AND MANDATORY DATA PRESERVATION COMMAND TO HOTWIRE FISION COMMUNICATIONS PURSUANT TO THE FEDERAL R.I.C.O. ACT AND FED. R. CIV. P. 45**

6. Petitioner places this Court on formal notice that Defendant Hotwire Fision Communications actively entered a synchronized infrastructure blockade loop to systematically disrupt her professional clinical operations and residential safety networks. Moving throughout the active tracking cycles, including the month of August 2026, network operators from Hotwire Fision executed sudden, uncertified broadband and internet connection cuts to Petitioner's primary workspaces, intentionally dropping her platform access tokens. This technical blockade was purposefully timed to intercept her electronic prescribing networks, suppress her baseline billing capabilities, and isolate her family from critical communication lines during an acute period of financial stress and housing displacement. Hotwire Fision Communications is hereby commanded to immediately maintain, lock down, and preserve all unedited broadband data logs, fiber-optic data packet registries, internal corporate email threads, technical account annotations, and system glitch exception reports from January 1, 2025, through the active current date. This preservation mandate explicitly encompasses all network telemetry rows, routing packets, and operational communications executed with outside enterprise actors or cyber-intruders regarding the technical data lines assigned to Petitioner's name, practicing identity, or residential coordinates.

7. **DESTRUCTIVE REVENUE BLOCKADES AND PHYSIOLOGICAL COLLAPSE:** Defendant's gross network abandonment and failure to secure the data pipelines directly induced the absolute destruction of Plaintiff's practice revenues, forcing her into an active **$5,775.00 past-due residential eviction notice**. The stress of immediate financial starvation and systemic technical isolation since the continuous March through June 2026 intrusion directly caused Plaintiff's body weight to plummet from 150 lbs down to a dangerous 110 lbs, forcing her family into immediate fear for her life, causing severe dental neglect and triggering a life-threatening emergency cardiac stabilization episode in

a Taiwan hospital due to triggered medical PTSD and historical SUT. Plaintiff explicitly alleges that the aforementioned tortious actions, facilitated continuous harassment, and systemic campaign of personal and financial disruption executed by the Defendants have made it completely, physically impossible for her to obtain or follow-up on necessary mandatory medical and dental care as explicitly recommended by healthcare deprivation and total copay insolvency, Plaintiff has been forced into severe medical neglect, rendering her entirely unable to fund or access critical, required healthcare interventions, including significant dental work and necessary clinical evaluations for post menopausal bleeding that require immediate financial payments.

8. On 8/17/26 - They Shut Down The wifi Despite the Plaintiff request to Allow Time for recoupment and For Hotwire to investigate the intrusion of plaintiff ~~Line to~~ mute Plaintiff Lives on Facebook in June of 2026 twice.

9. 8/16/26 - They attempted on ~~Saturday~~ before plaintiff live they tried to turn the TV on and off and activated Siri on the Phone that they think I used to film the live. I boldly Called them out and told their location to Stop Their Attempt at the beginning of the Live.

10- 9/3/26 - we called to pay the bill so my daughter Who was willing to pay so she can do her homework. They put her on hold for hours. When I called my self they told me to call back in one hour as if they were thinking about not restoring my WIFI/ CABLE But the apartment I live in only Allows their Company. I could not get it done until 9PM. I am paying but allegedly someone else is calling [illegible]

Dr Jimmy Lafaille
Jimmy Lafaille@att.net
tel; (561) 702-6309

[signature]

DATE: 9/9/26